IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY KYLE EICHMANN,<br><br>Defendant. | CR 10–21–BU–DWM<br><br>ORDER |

Defendant Jeffrey Kyle Eichmann has filed a motion seeking early termination of his supervised release, which is set to expire September 9, 2026. (Doc. 77.) Having considered the factors in 18 U.S.C. § 3553(a), Eichmann's arguments, and Eichmann's conduct—including his previous revocation, noncompliance, and failed or inconclusive polygraph examinations, the Court is not satisfied that early termination is warranted by "the interest of justice."[1]  18 U.S.C. § 3583(e)(1).  However, Eichmann may renew his request in January 2026 if, between now and then, he: (a) passes all polygraph examinations (at least two); (b) remains in full compliance with the terms of his supervision and has no violations; (c) continues to abstain from the consumption of alcohol; and

---

[1] While one of Eichmann's letters indicates that Eichmann's continued supervision "is a hinderance to him and our community," (*see* Doc. 78 at 12), its very purpose is to protect the community.

1

(d) maintains his sex offender registration status as required by law.

Accordingly, IT IS ORDERED that Eichmann's motion (Doc. 77) is DENIED, subject to renewal consistent with the terms above.

DATED this 5th day of March, 2025.

Donald W. Molloy, District Judge
United States District Court

2